IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JERRY REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAFECO INSURANCE COMPANY OF | ) | |
| INDIANA, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 1:15-CV-070-C |

## ORDER

On this day the Court considered the Motion for Summary Judgment filed by Defendant,

Safeco Insurance Company of Indiana, on April 29, 2016.  On June 9, 2016, the United States

Magistrate Judge issued a Report and Recommendation that the Motion for Summary Judgment

be granted.  Neither party has filed written objections to the recommendation.

Therefore, after reviewing the Report and Recommendation of the United States

Magistrate Judge for clear error, it is **ORDERED** that the findings and conclusions in the Report

and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court,

Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are

**DISMISSED** with prejudice.

Dated this 8th day of July, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE