IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JERRY REID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFECO INSURANCE COMPANY OF INDIANA, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:15-CV-070-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff, Jerry Reid, against Defendant, Safeco Insurance Company of Indiana, are **DISMISSED** with prejudice. Costs of court are taxed against Plaintiff.

Dated this 8th day of July, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE